UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID KELLEY, JR.,** *et al.*,<br>     Plaintiff.<br><br>     v.<br><br>**NITELINES USA, INC.,**<br><br>     Defendant. | Civil Action No.  12-1190 (JEB) |

## ORDER OF JUDGMENT

Pursuant to Defendant's Offer of Judgment and certain Plaintiffs' acceptance thereof, the Court ORDERS that Judgment is entered against Defendant and in favor of the following Plaintiffs: David Kelley in the amount of $7,681.20, Phyllis Covington in the amount of $754.69, Dwayne Hines in the amount of $68.00, William Brooke in the amount of $5,635.50, and Daral Smith in the amount of $7,906.13.

**IT IS SO ORDERED.**

/s/ James E. Boasberg
JAMES E. BOASBERG
United States District Judge

Date: September 19, 2013