UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID KELLEY, JR.,** *et al.*,

    **Plaintiffs,**

    v.

**NITELINES USA, INC.,,**

    **Defendant.**

Civil Action No. 12-1190 (JEB)

## ORDER

Pursuant to Defendant's Second Offer of Judgment and certain Plaintiffs' acceptance thereof, the Court ORDERS that Judgment is entered against Defendant and in favor of Plaintiffs David Kelley, Phyllis Covington, Dwayne Hines, William Brooke, and Daral Smith in the amount of $21,500.00 in attorney fees and $671.82 in costs.

    **IT IS SO ORDERED.**

                                           /s/ James E. Boasberg
                                           JAMES E. BOASBERG
                                           United States District Judge

Date:  October 16, 2013