UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

**OCT 1 6 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DAVID KELLEY, JR., et al.,

Plaintiff(s)

Civil Action No. 12cv1190 (JEB)

NITELINES USA, INC.,

Defendant(s)

JUDGMENT ON OFFER & ACCEPTANCE

Pursuant to Defendant's Second Offer of Judgment and certain Plaintiffs' acceptance thereof, the Court ORDERS that Judgment is entered against Defendant and in favor of Plaintiffs David Kelley, Phyllis Covington, Dwayne Hines, William Brooke, and Daral Smith in the amount of $21,500.00 in attorney fees and $671.82 in costs.

Date  Oct 16, 2013    Signature of clerk or deputy clerk   Anjanie Desai

Digitally signed by Anjanie Desai
DN: cn=Anjanie Desai, o=U.S District Court, ou=Clerk's Office, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date 2013.10.16 14:50:23 -04'00'

ANGELA D. CAESAR, CLERK OF COURT