**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID KELLEY, JR., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | *   Case No. 1:12-cv-01190-JEB |
| v. | * |
| | * |
| NITELINES USA, INC., | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**RESPONSE TO DEFENDANT'S THIRD AND FOURTH**
**RULE 68 OFFERS OF JUDGMENT**

Plaintiff Earl Brown, by his undersigned counsel, hereby accepts Defendant's Third Offer of Judgment in the amount of $525.00 in damages and Defendant's Fourth Offer of Judgment in the amount $1,020.00 for fees and costs and requests that judgment be entered in his favor as set forth on the two attached Defendant's Rule 68 Offers of Judgment.

Entry of this Judgment will dispose of all claims of all parties in this case. A proposed Order is attached.

Respectfully submitted,

  /s/  Joseph B. Espo
Joseph B. Espo (D.C. Bar No. 429699)
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202
T:  (410) 962-1030
F:  (410) 385-0869
jbe@browngold.com

J. Kenneth Kruvant (D.C. Bar No. 253260)
THE LAW OFFICES OF J. KENNETH KRUVANT
1100 Connecticut Ave, NW, Suite 550
Washington, D.C. 20036
T:  (202) 628-5550
F:  (202) 463-1236
jkkruvant@aol.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __18th__ day of October, 2013 a copy of the foregoing Plaintiffs' Response to Defendant's Third and Fourth Offer of Judgment was served by e-mail and first class mail, postage prepaid to:

    Omar Vincent Melehy
    Melehy & Associates, LLC
    8403 Colesville Road, Suite 610
    Silver Spring, Maryland 20910
    ovmelehy@melehylaw.com

    *Attorney for Defendant*

          /s/ Joseph B. Espo
        Joseph B. Espo