UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DAVID KELLEY, JR.,** *et al.*,

    **Plaintiffs,**

        v.

**NITELINES USA, INC.,,**

    **Defendant.**

Civil Action No. 12-1190 (JEB)

### ORDER

Pursuant to Defendant's Third and Fourth Offers of Judgment and Plaintiff Earl Brown's acceptance thereof, the Court ORDERS that Judgment is entered against Defendant and in favor of said Plaintiff in the amount of $1,020.00 in attorney fees and $525.00 in damages.

**IT IS SO ORDERED.**

                /s/ James E. Boasberg
                JAMES E. BOASBERG
                United States District Judge

Date: October 21, 2013