UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

**OCT 2 1 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EARL C. BROWN |
|---|

Plaintiff(s)

Civil Action No. 12-cv-1190 (JEB)

| NITELINES USA, INC. |
|---|

Defendant(s)

## JUDGMENT ON OFFER & ACCEPTANCE

Pursuant to Defendant's Third and Fourth Offers of Judgment and Plaintiff Earl Brown's acceptance thereof, the Court ORDERS that Judgment is entered against Defendant and in favor of said Plaintiff in the amount of $1,020.00 in attorney fees and $525.00 in damages.

Date: Oct 21, 2013

Signature of clerk or deputy clerk: Anjanie Desai

Digitally signed by Anjanie Desai
DN: cn=Anjanie Desai, o=U.S. District Court, ou=Clerk's Office, email=dcd_cmecf@dcd.uscourts.gov, c=US
Date: 2013.10.21 14:38:07 -04'00'

ANGELA D. CAESAR, CLERK OF COURT